In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-567 CV


____________________



CHARLES RAY MASON, Appellant



V.



TINA D. ROAN, Appellee 
 





On Appeal from the 411th District Court


Polk County, Texas


Trial Cause No. CIV23,935






MEMORANDUM OPINION


 The trial court dismissed Cause No. CIV23,935 on October 3, 2007. Charles Ray
Mason filed both a motion for reconsideration and a notice of appeal within thirty days of
that date. See Tex. R. Civ. P. 329b(a); Tex. R. App. P. 26.1. On November 20, 2007, the
trial court granted the motion and reinstated the case on the trial court's docket. See Tex. R.
Civ. P. 329b(e). The trial court reinstated the case while it maintained plenary power. See
Tex. R. Civ. P. 329b(d),(e). In response to our inquiry, the appellant agreed that the case is
not subject to appeal at this time. Accordingly, the appeal is dismissed for lack of
jurisdiction. Tex. R. App. P. 42.3(a).

 APPEAL DISMISSED.



 ______________________________

 STEVE McKEITHEN

 Chief Justice



Opinion Delivered January 10, 2008

Before McKeithen, C.J., Gaultney and Horton, JJ.